UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

*SUPPRESSED*

FILED

SEP - 9 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:26-CR-00429 ZMB/RHH |
| | ) | |
| BIQI "ASHLEY" HUANG and WENTIAN DU, | ) | |
| | ) | |
| Defendants. | ) | |

**INDICTMENT**

**COUNT ONE**
**(False Statement in Naturalization Proceeding)**

The Grand Jury charges that:

Between, on and about, August 1, 2025, and July 27, 2026, in the Eastern District of Missouri, the defendant,

**BIQI "ASHLEY" HUANG,**

the Defendant herein, did knowingly and intentionally make a false statement under oath in a proceeding and matter relating to naturalization and citizenship.

In violation of Title 18, United States Code, Section 1015(a) and punishable under Title 18, United States Code Section 1015.

**COUNT TWO**
**(Fraudulent Acquisition of a Firearm)**

The Grand Jury further charges that:

On or about May 28, 2026, within the Eastern District of Missouri,

**BIQI "ASHLEY" HUANG,**

the Defendant herein, in connection with the acquisition of a firearm, to wit: CZ P10 9mm pistol, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed firearms dealer, which statement was intended and likely to deceive the licensed firearms dealer as to a fact material to the lawfulness of such sale of the said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that that she was the actual buyer of the firearm indicated on the Form 4473, when in fact as the Defendant then knew, she was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT THREE**
**(Illegal Alien in Possession of a Firearm)**

The Grand Jury further charges that:

Between, on and about, June 1, 2026, and August 20, 2026, in the Eastern District of Missouri, the defendant,

**WENTIAN DU,**

the Defendant herein, knowing he was an alien in the United States, knowingly possessed a firearm, and that firearm previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(5).

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United

States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Sections 922 and 924 as set forth in Counts II and III, the defendant shall forfeit to the United States of America any firearm or ammunition involved in, used, or intended to be used in said violation.

2. Specific property subject to forfeiture includes, but is not limited to, the following:

a. CZ P10 9mm pistol, SN: L034557.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

______________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

______________________________
COLLEEN C. LANG (#56872MO)
Assistant United States Attorney